UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| RYAN D'ELIA; RALPH D'ELIA, and BARBARA D'ELIA, | * * * |
| Plaintiffs, | * Civil No. 98-1036 (JAF) |
| v. | * |
| WYNDHAM PALMAS DEL MAR RESORT AND VILLAS, INC., | * * |
| Defendant and Third-Party Plaintiff, | * * |
| v. | * |
| DCI OF P.R., INC.; REGIME NO. 5, INSURANCE CO. A,B, AND C, | * * |
| Third-Party Defendants. | * * |

## J U D G M E N T

Plaintiffs' "Motion for Voluntary Dismissal and Request for the Court to Retain Jurisdiction Solely to Effectuate Settlement Terms," filed on October 22, 1999, Docket Document No. 31, is **GRANTED**. Judgment is entered dismissing this case with prejudice, the court retaining jurisdiction for purposes of enforcing the settlement terms. The parties will file with the court this week any settlement papers they deem advisable.

This case is now closed.

San Juan, Puerto Rico, this 25th day of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)